UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CATHERINE LYNN S.,

        Plaintiff,

        v.

ANDREW SAUL,
Commissioner of the Social Security Administration,

        Defendant.

No. CV 18-7360 FFM

JUDGMENT

In accordance with the Memorandum Decision and Order filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is affirmed and this action is dismissed with prejudice.

DATED: February 4, 2020

                              /S/FREDERICK F. MUMM
                              FREDERICK F. MUMM
                              United States Magistrate Judge